

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00455-CV

IN RE NICK SANDERS, IN HIS            RELATOR
OFFICIAL CAPACITY AS THE
MAYOR OF THE TOWN OF
TROPHY CLUB AND IN HIS
INDIVIDUAL CAPACITY

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 17-7948-158

----------

### MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus, the response of the real parties in interest, and relator's reply and is of the opinion that the petition should be dismissed as moot. Accordingly, relator's petition for writ of mandamus is dismissed as moot.

PER CURIAM

PANEL: PITTMAN, J.; SUDDERTH, C.J.; and GABRIEL, J.

DELIVERED: February 22, 2018

---

[1]See Tex. R. App. P. 47.4, 52.8(d).